# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2008 FEB -7 P 2: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA

v.

CLIFTON GREEN

CASE #:3:06CR109(jch)

FEBRUARY 6, 2008

## MOTION TO EXTEND TIME FOR SELF SURRENDER

The defendant, Clifton Green, respectfully requests this Court to extend the time for his self surrender to the Bureau of Prisons. Pursuant to the Court's judgment entered on January 4, 2008, he was permitted to self surrender upon the receipt of notification from said Bureau but in the event he did not receive such a notice to surrender to U.S. Marshall's on February 6, 2008 at the District Court in the City of New Haven.

The undersigned was contacted by the U.S. Marshall's office as of today's date to indicate that they have not received a designation from the Bureau of Prisons as to where Mr. Green, as well as a backlog of other sentenced defendants is to serve his sentence.

Therefore, the defendant requests that the Court extend the time for his self surrender for a period of thirty days from today such that he may self surrender to a designated facility to serve his sentence.

THE DEFENDANT
CLIFTON GREEN

By _____
Leo E. Ahern, His Attorney
#00235
50 Elm Street
New Haven, CT. 06511
203-499-7685, Fax: 203-752-1213

Granted. So Ordered. 2/6/08

## ORDER

The foregoing Motion for Extension of Time having been heard, it is ordered that the Defendant, Clifton Green, is granted a further thirty days from today's date to March 7, 2008 within which to self surrender upon receipt of designation from the Bureau of Prisons.

                                                Janet C. Hall
                                                United States District Judge

## CERTIFICATION

A copy of the foregoing has been mailed this date to:

Patrick Caruso
AUSA
157 Church St.
New Haven, CT. 06511

Leo E. Ahern